*JACQUELINE M. JAMES, ESQ.*

THE JAMES LAW FIRM  
445 HAMILTON AVENUE  
SUITE 1102  
WHITE PLAINS, NY 10601

T: (914) 358 6423  
F: (914) 358 6424  
JJAMESLAW@OPTONLINE.NET  
JACQUELINEJAMESLAW.COM

> The Initial Pretrial Conference is hereby adjourned to October 26 at 3:30 pm. SO ORDERED.

July 13, 2018

**SO ORDERED:**

*[signature] 7/13/18*

HON. ALISON J. NATHAN  
UNITED STATES DISTRICT JUDGE

The Honorable Alison J. Nathan  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

*Re: 1:18-cv-02651-AJN, Plaintiff's Request to Adjourn the Initial Pretrial Conference Scheduled for July 20, 2018 at 3:30 PM*

Dear Judge Nathan:

    The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber the referenced IP address. Plaintiff respectfully requests an adjournment of the Telephonic Initial Pretrial Conference currently scheduled for July 20, 2018 at 3:30 pm and for the resetting of all proposed scheduling deadlines until after the Defendant is named and served.

    On March 26, 2018, Plaintiff filed the instant case against John Doe subscriber assigned IP address 67.250.33.153 claiming Defendant's direct infringement of Plaintiff's works through BitTorrent protocol [CM/ECF 1]. Because Defendant is only known to Plaintiff by Defendant's IP address, Plaintiff filed a Motion for Leave to Serve a Third Party Subpoena on the Defendant's Internet Service Provider ("ISP") with this Court on April 23, 2018 [CM/ECF 7]. The Court granted Plaintiff's Motion on April 25, 2018 [CM/ECF 10].

    Accordingly, Plaintiff served Defendant's ISP with a third party subpoena on May 10, 2018 and expects to receive the ISP's response on or about September 17, 2018.

    Pursuant to the Court's Order dated April 5, 2018, there is a pretrial conference scheduled for July 20, 2018 at 3:30 pm [CM/ECF 6]. Prior to the conference, the parties are required to confer and submit to the Court a proposed Case Management Plan. However, because Defendant has not been identified and served, Plaintiff has not been able to confer with Defendant regarding the Case Management Plan.

> USDC SDNY  
> DOCUMENT  
> ELECTRONICALLY FILED  
> DOC #: _____  
> DATE FILED: JUL 1 3 2018

      For the foregoing reasons, Plaintiff respectfully requests for an adjournment of the initial pretrial conference and for the resetting of all proposed scheduling deadlines until after Plaintiff obtains Defendant's identity and Defendant has been served with the amended complaint.

                                        Respectfully Submitted,

                                        By: /s/*Jacqueline M. James*
                                        Jacqueline M. James, Esq. (1845)
                                        The James Law Firm, PLLC
                                        445 Hamilton Avenue, Suite 1102
                                        White Plains, New York 10601
                                        T: 914-358-6423
                                        F: 914-358-6424
                                        jjameslaw@optonline.net