**Exhibit A to the Complaint**

**Location:** New York, NY

**Total Works Infringed:** 31

**IP Address:** 67.250.33.153

**ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 77537958D009D974B9970112342BCA232614C16F | Blacked | 01/22/2018 07:27:26 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | Vixen | 12/25/2017 11:12:07 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 3 | 08F22BD8AF909059A6DBBD6CDD3C1B4AD62B20B4 | Tushy | 02/02/2018 07:07:45 | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 4 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | Vixen | 12/25/2017 10:45:44 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 5 | 1A1CA004C58E86F2113AD02995E1387B4A025D32 | Blacked | 05/19/2017 06:00:19 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 6 | 1F6D2B8B3E349D95C7205A9E6C7826A7CFF8E1F1 | Tushy | 05/07/2017 08:30:05 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 7 | 22DE3D0DBDC4F63D4CB286F6154F3FCCC3D7FABF | Vixen | 08/15/2017 19:19:19 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 8 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 12/25/2017 11:14:32 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 9 | 2C071D5726E41EDE6397DC9647BF1DB9CC406DF1 | Vixen | 06/07/2017 01:36:52 | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 10 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | Tushy | 09/09/2017 06:23:38 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 11 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/30/2017 02:04:47 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 12 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 12/25/2017 11:02:08 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 13 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 10/14/2017 06:35:34 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 14 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 12/04/2017 08:21:09 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 15 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/12/2017 02:08:22 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 16 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 12/25/2017 10:43:51 | 11/22/2017 | 01/04/2018 | PA0002069339 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/14/2017 06:34:34 | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 18 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 09/17/2017 04:21:31 | 09/08/2017 | 09/15/2017 | PA0002052841 |
| 19 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 12/25/2017 10:59:29 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 20 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 06/17/2017 00:51:49 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 21 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 08/16/2017 01:07:29 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 22 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 12/30/2017 06:20:11 | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 23 | 9C2CFD7BADF178E280F2E20C8343F79DF229956C | Blacked | 01/22/2018 07:33:46 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 24 | 9F5E2E0229F4448AB05192505E44AB9AB404EC0F | Vixen | 08/16/2017 01:07:01 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 25 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 12/25/2017 10:46:52 | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 26 | BC8CCB2274A5E7EC5CC5AF8F5DC221BD4065CA2E | Vixen | 05/12/2017 03:28:40 | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 27 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 06/10/2017 01:38:58 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 28 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 12/29/2017 09:49:31 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 29 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 12/25/2017 11:02:25 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 30 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 09/09/2017 06:06:35 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 31 | FED165C225A21EDBD72E4342301F723E011C7E38 | Vixen | 05/25/2017 04:07:10 | 05/19/2017 | 06/22/2017 | PA0002039287 |